JOSEPH D. SYLVESTER, Respondent, v. R. H. MACY & CO., INC., Appellant, et al., Defendants.— No opinion. Present — Townley, Untermyer, Dore, Cohn and Callahan, JJ.

AMERICAN SURETY COMPANY OF NEW YORK, Individually and on Behalf of Itself and Other Creditors of WALTER H. TANNHAUSER, Appellant, v. WALTER H. TANNHAUSER, Respondent.—

No opinion. Present — Townley, Untermyer, Dore, Cohn and Callahan, JJ.

MABEL N. GRIMES et al., Appellants, v. THE CITY OF NEW YORK et al., Respondents.—

Present — Townley, Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BEN FEIN and ABE COHEN, Appellants.— Townley, Untermyer, Cohn and Callahan, JJ., concur; Dore, J., votes to affirm.

SQUARE COAL CORPORATION, Respondent, v. SARAH INSEL et al., Appellants.—

Present — Townley, Untermyer, Dore, Cohn and Callahan, JJ.

CHOTAPEG, INC., Appellant, v. SYLVIA M. BULLOWA, Respondent.— No opinion. Present — Townley, Untermyer, Dore, Cohn and Callahan, JJ. [178 Misc. 757.]

In the Matter of SOPHIE BREMEL, an Alleged Incompetent Person. SOPHIE BREMEL et al., Appellants; DINA BREHM, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 776 EIGHTH AVENUE CORPORATION, Appellant, against JOSEPH LILLY et al., as the Tax Commission of the City of New York, Respondents.—

No opinion. Settle order on notice. Present — Townley, Untermyer, Dore, Cohn and Callahan, JJ.